**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>16-00195 |
| DEFENDANT<br>Kimberly A. Benjamin | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kimberly A. Benjamin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Hill Avenue, Mohnton, PA 19540

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/18/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

FILED
OCT 31 2016
LUCY V. CHIN[?]

Date: 10/18/16    Time: 11:15  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy
Brian D. Heid

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | -0- | | 65.00 | | $0.00 |

REMARKS:
US Marshal's Sale of Real Estate at the Berks County Courthouse, 633 Court Street, Reading, PA.

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY



FILED
OCT 3 - 2016

CIVIL ACTION NO.: 16-00195

I, __Brian D. Hicks__, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at __100 Hill Ave Mohnton, PA 19540__.

The public sale was held on __10/18/16__

and the highest bidder was __Mervin S. Gasman__

who bid the amount of $ __47,000__.

By: __Brian D. Hicks #1688__
Deputy U.S. Marshal



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle
Lititz, Pa 17543

PHONE (DAY): (717) 314-6189

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

NAME: Moses Smucker

ADDRESS: 5849 Wertztown Rd.
Narvon PA 17555

PHONE (DAY): 717-989-0839

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.  There will be no exceptions or changes.

Moses and Kathy Smucker
The above is precisely how the name(s) are to appear in the deed