UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff<br><br>vs.<br><br>KIMBERLY A. BENJAMIN<br><br>                              Defendant | CIVIL ACTION NO.  16-00195 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br><br>KIMBERLY A. BENJAMIN<br><br>　　　　　　　　　Defendant | CIVIL NO. 16-00195 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................ $47,000.00

Amount of cash received ............................................................. $47,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

　Mileage and Fees. ................................................................... $3.45


DEPARTMENT OF JUSTICE COSTS:
　　(To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

　Advertising Cost ...................................................................... $1,966.20

TOTAL COSTS TO U.S. GOVERNMENT ................................. $1,969.65

Proceeds of sale, less costs, to Farmer's Home Admin ................. $45,030.35
　　(to be forwarded to US Attorney's office)

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　By: _/s/ Thomas I. Puleo_
　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 27615
　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 825-6309

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-00195 |
| vs. | |
| KIMBERLY A. BENJAMIN | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

KIMBERLY A. BENJAMIN
100 Hill Avenue
Mohnton, PA 19540

by mailing a true and correct copy thereof, postage prepaid, on this 4 day of May 2017.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Jillian Hill, Legal Secretary
Suite 5000 -- BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6305